UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:02-M-501

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ORDER ALLOWING DISMISSAL OF |
| v. | ) CRIMINAL INFORMATION AND |
| | ) WITHDRAWAL OF ARREST WARRANT |
| TROY L. FULLER | ) |

Leave of court is granted for the filing of the foregoing dismissal.

9-21-2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE